**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA,** *ex rel.*
**AIDEN FORSYTH,**

      **Plaintiff,**

**v.**                                        **Case No. 1:22-cv-233-AW-MAF**

**MAC JOHNSON ROOFING INC.,
JOHNSON & SONS TREE SERVICE,
LLC, et al.,**

      **Defendants.**

_____/

## <u>ORDER REGARDING SETTLEMENT</u>

The United States intervened in part and declined to intervene in part. As to the portion to which it did not intervene, the relator dismissed (with the United States' consent). *See* ECF Nos. 21-24. The United States reported that the parties settled as to all portions for which the United States intervened. ECF No. 21 at 2.

It appears the matter is concluded and that the clerk should close the file. If any party contends otherwise, it must file a notice saying so within seven days.

SO ORDERED on April 29, 2025.

                                s/ *Allen Winsor*_____
                                United States District Judge